301 F.2d 307
 Spencer BLAKEY, Sr., et al., Appellants
v.
Haryold C. DOYLE et al.
 No. 16880.
 United States Court of Appeals Eighth Circuit.
 March 20, 1962, Rehearing Denied April 20, 1962.
 
 1
 Appeal from the United States District Court for the District of South Dakota.
 
 
 2
 Norman Jaquith, Vermillion, S.D., for appellants.
 
 
 3
 James T. Goetz, Yankton, S.D., for Ed 'Babe' Sampson.
 
 
 4
 Frank J. Brady, Yankton, S.D., for Henry Huntley & Charles Huntley.
 
 
 5
 Ellsworth E. Evans, Sioux Falls, S.D., for H. C. Doyle.
 
 
 6
 Appeal from District Court dismissed as moot.